

# United States District Court
# Eastern District of California

| | |
|---|---|
| JEFFREY P. SUNDQUIST, JR., | Case Number: 1:24-cv-00719-JLT-HBK |
| Plaintiff(s) | |
| V. | ORDER GRANTING APPLICATION FOR PRO HAC VICE (Doc. No. 3) |
| ALLSTATE INSURANCE COMPANY, ET AL., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, SOWMYA BHARATHI hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
ALLSTATE INSURANCE COMPANY

On 12/20/2021 (date), I was admitted to practice and presently in good standing in the U.S. District Court, Southern District of FL (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/17/2024     Signature of Applicant: /s/ Sowmya Bharathi

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | SOWMYA BHARATHI |
| Law Firm Name: | Akerman LLP |
| Address: | 201 East Las Olas Boulevard |
| | Suite 1800 |
| City: | Fort Lauderdale   State: FL   Zip: 33301 |
| Phone Number w/Area Code: | (954) 463-2700 |
| City and State of Residence: | El Portal, Florida |
| Primary E-mail Address: | sowmya.bharathi@akerman.com |
| Secondary E-mail Address: | lauren.chang-williams@akerman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael R. Weiss |
| Law Firm Name: | Akerman LLP |
| Address: | 633 West 5th Street |
| | Suite 6400 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 688-9500   Bar # 180946 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/27/2024

*[signature]*
U.S. Magistrate Judge

# EXHIBIT 1

AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Sowmya Bharathi**, Florida Bar # **81676**, was duly admitted to practice in this Court on **December 20, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on June 08, 2024.



Angela E. Noble
Court Administrator • Clerk of Court