

United States District Court
Eastern District of California

| | |
|---|---|
| JEFFREY P. SUNDQUIST, JR., | Case Number: 1:24-cv-00367-JLT-HBK |
| Plaintiff(s) | |
| V. | |
| ALLSTATE INSURANCE COMPANY, ET AL., | ORDER GRANTING APPLICATION FOR PRO HAC VICE |
| Defendant(s) | (Doc. No. 4) |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, DAVID J. AWOLEKE hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: ALLSTATE INSURANCE COMPANY

On 09/18/2018 (date), I was admitted to practice and presently in good standing in the Circuit Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 06/17/2024            Signature of Applicant: /s/ David J. Awoleke

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | DAVID J. AWOLEKE |
| Law Firm Name: | Akerman LLP |
| Address: | 201 East Las Olas Boulevard |
| | Suite 1800 |
| City: | Fort Lauderdale   State: FL   Zip: 33301 |
| Phone Number w/Area Code: | (954) 463-2700 |
| City and State of Residence: | El Portal, Florida |
| Primary E-mail Address: | david.awoleke@akerman.com |
| Secondary E-mail Address: | ellise.peyton@akerman.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael R. Weiss |
| Law Firm Name: | Akerman LLP |
| Address: | 633 West 5th Street |
| | Suite 6400 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 688-9500   Bar #: 180946 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/27/2024

*/s/ Helena M. Barch-Kuchta*
United States Magistrate Judge

# EXHIBIT 1



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )        In Re:  1010174
David Joshua Awoleke
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 18, 2018**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  7th  day of **June, 2024**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-288529