UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. SUNDQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE INDEM. CO., ALLSTATE PROPERTY AND CASUALTY INS. CO., ALLSTATE NORTHBROOK INDEM. CO., CENTURY-NATIONAL INS. CO., MIC GENERAL INS. CORPORATION, NATIONAL GENERAL ASSURANCE CO., NATIONAL GENERAL INS. CO., INTEGON NATIONAL INS. CO., INTEGON PREFERRED INS. CO., NATIONAL GENERAL PREMIER INS. CO., SAFE AUTO INS. CO., ENCOMPASS INS. CO., ESURANCE INS. CO., ESURANCE PROPERTY AND CASUALTY INS. CO., CORPORATION, NATIONAL GENERAL ASSURANCE COMPANY, RELIANT PRO REHAB LLC d/b/a RELIANT REHAB,<br><br>Defendant. | Case No.  1:24-cv-00719-JLT-HBK<br><br>PRELIMINARY CASE MANAGEMENT AND SCHEDULING ORDER |

On June 20, 2024, Defendants removed this purported class action to this Court from the Fresno County Superior Court.  (Doc. No. 1).  On June 25, 2024, Defendants filed a Motion to

Dismiss Plaintiff's First Amended Complaint and/or Motion to Strike Plaintiff's Class (Doc. No. 9, "Defendants' Motion"). Plaintiff filed an opposition and Defendants filed a reply. (Doc. Nos. 11, 13). Defendants' Motion remains pending.

On October 3, 2024, the Court telephonically conducted a mandatory initial scheduling conference. The following counsel appeared on behalf of the respective parties: Attorney Robert Carey (PHV) on behalf of Plaintiff and Michael R. Weiss on behalf of Defendant Allstate and the subsidiary defendants. After discussion with the Parties, the Court issues this Preliminary Case Management and Scheduling Order so discovery may commence. The Court will issue an amended case management and scheduling order after a ruling on Defendants' Motion.

Accordingly, it is ORDERED:

1. The deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. is **October 24, 2024.**

2. The deadline to complete non-class discovery is **October 10, 2025**.

3. The parties are bound by the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Court's Local Rules. The Court follows the rule that the completion date means that all discovery must be finished by the deadline set in the Rule 16 Case Management and Scheduling Order

4. Prior to filing a discovery motion under Fed. R. Civ. P. 37, a party must receive permission from the Court, which the Court will grant following an informal discovery conference. Please refer to Judge Barch-Kuchta's "Case Management Procedures" included under the "Civil Procedures" tab on this Court's webpage.[1] A party requesting an informal discovery conference should contact Chambers for available dates. At least 24-hours before the conference, each party shall simultaneously submit a letter brief, outlining their position regarding the dispute. The letter briefs shall be no longer than three (3) pages in length. Letter briefs should not be filed but shall be emailed to Chambers at hbkorders@edca.uscourts.gov.

---

[1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/502311/.

5. No later than **forty-five (45) days** after the ruling on Defendants' Motion, the Parties shall contact the Court's Courtroom Deputy Patricia Apodaca: PApodaca@caed.uscourts.gov and request a telephonic scheduling conference and/or submit an amended joint report with proposed case management dates so the Court may issue an amended case management scheduling order as appropriate.

Dated:   October 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE