

United States District Court
Eastern District of California

| JEFFREY P. SUNDQUIST, JR. | |
|---|---|
| Plaintiff(s) | Case Number: 1:24-cv-00719 |

V.

| ALLSTATE INSURANCE COMPANY, et al., | APPLICATION FOR PRO HAC VICE |
|---|---|
| Defendant(s) | AND ORDER GRANTING SAME (Doc. No. 23) |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cherly Lucien hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: (see Attachment A)

On 11/20/2020 (date), I was admitted to practice and presently in good standing in the Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
n/a

Date: 10/21/2025      Signature of Applicant: /s/ Cherly Lucien

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cherly Lucien |
| Law Firm Name: | Akerman LLP |
| Address: | 201 East Las Olas Blvd. |
| | Suite 1800 |
| City: | Ft. Lauderdale    State: FL    Zip: 333001 |
| Phone Number w/Area Code: | (954) 331-4186 |
| City and State of Residence: | Ft. Lauderdale, Florida |
| Primary E-mail Address: | cherly.lucien@akerman.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Weiss |
| Law Firm Name: | Akerman LLP |
| Address: | 633 West Fifth Street |
| | Suite 6400 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 688-9500    Bar # 180946 |

## ORDER

The Pro Hac Vice Application (Doc. No. 23) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/22/2025

*[signature]*
MAGISTARTE JUDGE, U.S. DISTRICT COURT